**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**Case No.: ______________________**

DAVID TOM,

Plaintiff,

v.

JNZ INSURANCE SERVICES INC,
A Florida Limited Liability Company

AND

ALLSTATE INSURANCE COMPANY,
A Foreign Profit Corporation

Defendants.
____________________________________/

# NOTICE OF REMOVAL

Defendant JNZ Insurance Services Inc. ("JNZ"), pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, hereby removes *David Tom v. JNZ Insurance Services Inc.*, No. 05-2026-CA-047611-XXCA-BC, from the Circuit Court of the 18th Judicial Circuit in and for Brevard County, Florida, to the United States District Court for the Middle District of

Florida, Orlando Division. The grounds for this removal are set forth more fully below:

## BACKGROUND

1. On September 1, 2026, Plaintiff David Tom ("Tom" or "Plaintiff") commenced this action by filing a Complaint in the Circuit Court of the 18th Judicial Circuit in and for Brevard County, Florida. (*See* Ex. A, at Complaint.)

2. The Complaint alleges that JNZ violated various provisions of the Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227, and its implementing regulation, 47 C.F.R. § 64.1200, by placing prohibited telemarketing calls. (*See generally id.*). The Complaint also alleges that JNZ violated the Florida Telephone Solicitation Act (FTSA), Fla. Stat. § 501.059, based on the same alleged telemarketing calls. (*See generally id.*). Plaintiff's Complaint seeks statutory penalties under the TCPA and the FTSA. (*See id.* ¶¶ 81, 90, 95, and 96).

3. Attached as **Exhibit A** is a copy of all pleadings, filings, and other documents filed in state court.

## SUBJECT-MATTER JURISDICTION

4. The Court has subject-matter jurisdiction over this case under 28 U.S.C. § 1331 because Plaintiff's asserted TCPA claims arise under federal law and present a federal question on the face of the Complaint. *See, e.g.*, *Mims v. Arrow Fin. Servs., LLC*, 565 U.S. 368, 376 (2012); *Osorio v. State Farm Bank, F.S.B.*, 746 F.3d 1242, 1249 (11th Cir. 2014).

5. This Court has supplemental jurisdiction over the state law claim asserted in the Complaint under 28 U.S.C. § 1367 because Plaintiff's asserted FTSA claim relates to and arises out of "a common nucleus of operative fact with a substantial federal claim." *Silas v. Sheriff of Broward Cnty., Fla.*, 55 F.4th 863, 865 (11th Cir. 2022). Plaintiff's FTSA claim forms part of the same case or controversy, as contemplated by 28 U.S.C. § 1367, as Plaintiff's TCPA claims. Therefore, Plaintiff's Florida law claim is removable pursuant to 28 U.S.C. § 1441.

## ALL OTHER REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

6. All other requirements for removal under 28 U.S.C. §§ 1441 and 1446 have been satisfied.

7. JNZ was served with Plaintiff's Complaint on or about September 30, 2026. This Notice of Removal is being filed within the thirty (30) day time period required by 28 U.S.C. § 1446(b).

8. The other Co-Defendant — Allstate Insurance Company — has not been served as of the time of removal and, therefore, its consent to removal is not required by 28 U.S.C. § 1446(b)(2)(A).

9. Venue is proper under 28 U.S.C. §§ 89 and 1441(a), because the Circuit Court of the 18th Judicial Circuit in and for Brevard County, Florida is encompassed within the geographical limits of this Court.

10. In accordance with 28 U.S.C. § 1446(d), concurrently with the filing of this Notice of Removal, JNZ will provide written notice of the removal of this action to all other parties and will promptly file a copy of this Notice of Removal with the clerk of the Circuit Court of the 18th Judicial Circuit in and for Brevard County, Florida.

As set forth above, all prerequisites for removal of this action to federal court have been satisfied, and removal is proper pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446. Accordingly, JNZ respectfully requests that this Court exercise subject-matter jurisdiction over this action.

Respectfully submitted,

*/s/ Joseph K. Merical*
Joseph K. Merical
Florida Bar No. 95663
Dinsmore & Shohl LLP
191 W. Nationwide Blvd., Suite 200
Columbus, Ohio 43215
Telephone: (614) 628-6880
Facsimile: (614) 628-6890
joseph.merical@dinsmore.com

and

Joseph N. Tucker
Florida Bar No. 938297
Dinsmore & Shohl LLP
101 South Fifth Street, Suite 2500
Louisville, KY 40202
Phone: (502) 540-2360
joseph.tucker@dinsmore.com

*Attorneys for Defendant*
*JNZ Insurance Services Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 13, 2026, a true and correct copy of this document was sent via mail to the following:

David Tom
1058 Herne Ave
Palm Bay, Florida 32907
*Pro Se Plaintiff*

*/s/ Joseph K. Merical*
Joseph K. Merical
Florida Bar No. 95663
*Attorney for Defendant*
*JNZ Insurance Services Inc.*