**IN THE CIRCUIT COURT, EIGHTEENTH JUDICIAL CIRCUIT,**
**BREVARD COUNTY, FLORIDA**

**DIVISION: CIVIL** **CASE NUMBER: 05-2026 - CA - 047611- XXCA - BC**

**PLAINTIFF**
David Tom

**DEFENDANT**
JNZ INSURANCE SERVICES INC
ALLSTATE INSURANCE COMPANY

RACHEL M. SADOFF
2026 SEP -1 P 2:49
FILED
CLERK OF CIRCUIT COURT
BREVARD COUNTY, FL

**CIVIL COVER SHEET**

**AMOUNT OF CLAIM**
Please indicate the estimated amount of the claim, rounded to the nearest dollar.
$ 409,500.00

**TYPE OF CASE** (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an X on both the main category and subcategory boxes.

**CIRCUIT CIVIL**

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☑ Negligence – other
  - ☐ Business governance
  - ☑ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real property/Mortgage foreclosure
  - ☐ Commercial foreclosure
  - ☐ Homestead residential foreclosure
  - ☐ Non-homestead residential foreclosure
  - ☐ Other real property actions



Case # 05-2026-CA-047611-XXCA-BC
Document Page # 1
*41873469*

**CIVIL COVER SHEET**

**CASE NUMBER: 05- - - - -**

- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☐ Other
  - ☐ Antitrust/Trade regulations
  - ☐ Business transactions
  - ☐ Constitutional challenge – statute or ordinance
  - ☐ Constitutional challenge – proposed amendment
  - ☐ Corporate trusts
  - ☐ Discrimination – employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

**COUNTY CIVIL**

- ☐ Civil
- ☐ Replevins
- ☐ Evictions
- ☐ Other civil (non-monetary)

**REMEDIES SOUGHT**

- ☑ Monetary;
- ☐ Nonmonetary declaratory or injunctive relief;
- ☐ Punitive

**NUMBER OF CAUSES OF ACTION [ 2 ]**

(Specify) STATE - FL TELEPHONE SOLICITATION ACT
FEDERAL - TELEPHONE CONSUMER PROTECTION ACT

**IS THIS CASE A CLASS ACTION LAWSUIT?**

- ☐ Yes
- ☑ No

**HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**

- ☑ No
- ☐ Yes - If "Yes", list all related cases by name, case number, and court.