Case # 05-2026-CA-047611-XXCA-BC
Document Page # 3
*41873478*

**EXHIBIT A**

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR (BREVARD/SEMINOLE) COUNTY, FLORIDA

DAVID TOM
Plaintiff,

05-2026-CA-047611-XXCA-BC

v.

Case No ____________

JNZ INSURANCE SERVICES INC,
A Florida Limited Liability Company
AND
ALLSTATE INSURANCE COMPANY,
A Foreign Profit Corporation

Defendant(s).

RACHEL M. SADOFF
2026 SEP -1 P 2:5
FILED ... CLERK ... BREVARD ...

**CIVIL CASE MANAGEMENT TRACK DESIGNATION FORM**

I. **Case Track Assignment** (track must be selected with a "check mark" or **"X"**): Case disposition times for all case tracks have been established in accordance with Rule 2.250(a)(l)(B), *Florida Rules of General Practice and Judicial Administration.*

_____ **Streamlined Track:** Case to be resolved within 12 months after the expiration of the time to perfect service of process under *Fla.R.Civ.P.* 1.070(j) (120 days). *"Streamlined"* cases should have few parties and witnesses, few anticipated pretrial motions, minimal discovery, and document production.

__X__ **General Track:** Case resolved within 18 months after the expiration of the time to perfect service of process under *Fla.RCiv.P.* 1.070U) (120 days). *"General"* cases are all other actions that do not meet the criteria for streamlined or complex.

_____ **Complex Track:** Case to be resolved within 30 months after the expiration of the time to perfect service of process under *Fla.RCiv.P.* 1.070(j) (120 days). The Court will issue an initial General Track Case Management Order, and thereafter parties shall comply with *Fla.R.Civ.P.* 1.201(a) by filing an appropriate motion to declare the case complex and serving such motion to the assigned judge.

II. **Trial Information**

- **Identification of Jury or Non-Jury Trial:** __X__ **Jury Trial;** ____ **Non-Jury Trial.**
- **Estimated Length of Trial** (specify the number of trial days): __3__

I **CERTIFY** that the information I have provided above is accurate to the best of my knowledge and belief, and that I have read and will comply with the Court's current Administrative Order on Case Management.

Signature: ______________________ Fla. Bar # (if attorney) PRO SE PLAINTIFF
Attorney or party

Printed Name: DAVID TOM

Date: 2/31/26