**IN THE CIRCUIT COURT, EIGHTEENTH JUDICIAL CIRCUIT,**
**BREVARD COUNTY, FLORIDA**

**DIVISION: CIVIL** **CASE NUMBER: 05 - 2026 - CA - 047611 - XXCA - BC**

**PLAINTIFF**
David Tom

***CLOCK IN***

**DEFENDANT**
JNZ INSURANCE SERVICES INC
ALLSTATE INSURANCE COMPANY

**SUMMONS**

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE:

**DEFENDANT TO BE SERVED:**
JNZ INSURANCE SERVICES INC
157 Hampton Point Dr
#2
St Augustine, FL 32092

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on the above named defendant.

Each defendant is required to serve a copy of written defenses to the complaint or petition on the above named Plaintiff or Plaintiff's Attorney, within 20 days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court, P.O. Box 219, Titusville, FL 32781-0219, either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

**Natural persons must read the reverse side of this SUMMONS for important information.**

IN WITNESS WHEREOF, I hereunto set my hand and Official Seal on the ~~31~~ 01 day of ~~AUGUST~~ September, 20 26, in Brevard County, Florida.

Deputy Clerk: Brittany Tuten
Brevard County Clerk of Courts

Law 137 / Rev. 01-18-2024

Case # 05-2026-CA-047611-XXCA-BC
Document Page # 4
*41873482*

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint in this Court. A phone call will not protect you; your written response, including the above case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself at the same time you file your written response to the Court, you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney".

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la llamada telefonica no lo protegera; si usted desea que el tribunal incluyendo el numero del caso y las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo eviso del tribunal. Existen otros requistitos legales. Si lo desea, puede abogado, puede llamar a una de las oficinas de asistencia legal que aparencen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney". (Demandate o Abogado del Demanadante)

## IMPORTANT

Des poursuites judiciaries ont eta entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrita a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de le telphone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, evec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la uite, sans aucun preavis ulterieur du Tribunal. II y a d'autres obligations juidiques et vour pouvez requerir les services immediats

d'un avocat. Si your ne connaissez pas d'avocat, yous pourriez telephoner a un service de reference d'avacoats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il yous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocipie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney". (Plaignant ou a son avocat) namme ci-dessous.

David Tom
Plaintiff / Plaintiff's Attorney

1058 Herne Ave
Address

1058 Herne Ave
Address

| City | State | Zip |
|---|---|---|
| Palm Bay | FL | 32907 |