**IN THE CIRCUIT COURT OF**
**THE EIGHTEENTH JUDICIAL CIRCUIT**
**IN AND FOR BREVARD COUNTY, FLORIDA**

Case No: 05-2026-CA-047611-XXCA-BC

DAVID TOM,

Plaintiff

v.

JNZ INSURANCE SERVICES INC, A
Florida Profit Corporation
AND
ALLSTATE INSURANCE COMPANY, A
Foreign Profit Corporation

Defendant(s)

RACHEL M. SADOFF
2026 SEP 30 P 4: 53
FILED IN PALM BAY
CLERK OF CIR.CT.
BREVARD CO.FL.

**NOTICE OF SERVICE OF SUMMONS AND COMPLAINT**

Plaintiff, notices the court as follows: Defendant JNZ Insurance Services INC has been served summons and complaint at 945HRS local time on September 30th 2026 as referenced in the proof of service attached hereto.

Dated: 9/30/, 2026,

Respectfully Submitted,

David Tom, Plaintiff, Pro Se
1058 Herne Ave
Palm Bay, Florida 32907
321-725-9212
david.m.tom@gmail.com

Case # 05-2026-CA-047611-XXCA-BC
Document Page # 6
*42043673*

# AFFIDAVIT OF SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 05-2026-CA-047611 | In the Circuit Court of the Eighteenth Judicial Circuit In and For Brevard County, FL | Brevard County | 16869174 |

| | |
|---|---|
| **Plaintiff / Petitioner:** David Tom | **Defendant / Respondent:** JNZ Insurance Services, Inc. Allstate Insurance Company |
| **Received by:** Investigation and Settlement Solutions of Florida | **For:** Conran Investigations Inc. |
| **To be served upon:** JNZ Insurance Services, Inc. | |

I, Kimberly Brown, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Jonas Beaman, 157 Hampton Point Drive #2, St. Augustine, FL 32092

**Manner of Service:** Business, Sep 30, 2026, 9:45 am EDT

**Documents:** Summons, Complaint and Request for Jury Trial , (Received Sep 16, 2026 at 11:21am EDT)

**Additional Comments:**

1) Unsuccessful Attempt: Sep 22, 2026, 4:58 pm EDT at 157 Hampton Point Drive #2, St Augustine, FL 32092
Was informed by the manager of Allstate that the owner of JNZ Insurance is out of the office He said to try back Friday or next Monday, morning.

2) Unsuccessful Attempt: Sep 25, 2026, 9:37 am EDT at 157 Hampton Point Drive #2, St. Augustine, FL 32092
Not in office. Was told to come back next week any day 9-5, will be back in office.

3) Successful Attempt. Sep 30, 2026, 9:45 am EDT at 157 Hampton Point Drive #2, St. Augustine, FL 32092 received by Jonas Beaman. Gender: Male; Other: Jonas identified himself as employee and manager. He has dark hair and eyes. Approximately 5'10", age 25-35 I explained the papers. ,

Kimberly Brown (signature)　　09/30/2026

Kimberly Brown　　**Date**
SPS59

Investigation and Settlement Solutions of Florida
1137 Westfield Way
St Augustine, FL 32095
904-655-3081