**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**Case No.: ______________________**

DAVID TOM,

Plaintiff,

v.

JNZ INSURANCE SERVICES INC,
A Florida Limited Liability Company

AND

ALLSTATE INSURANCE COMPANY,
A Foreign Profit Corporation

Defendants.
_______________________________________/

**DEFENDANT JNZ INSURANCE SERVICES INC.'S DISCLOSURE STATEMENT (CIVIL) UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

Defendant JNZ Insurance Services, Inc. makes the following disclosures:

## RECUSAL INFORMATION

1. If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares.

   **None.**

2. Identify any other entity or natural person — not a party or counsel of record — with an interest the action's outcome might substantially affect.

   **None.**

3. Identify any lawyer — other than counsel of record — who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.

   **None.**

4. If this is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.

   **Not applicable.**

5. Identify any entity or natural person not already disclosed and likely to actively participate in this action.

   **None.**

6. Identify any conflict of interest affecting the district judge or the magistrate judge in this action.

   **None known.**

## CITIZENSHIP INFORMATION

7. If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a), state the filer's citizenship.

   **JNZ is a citizen of the state of Florida.**

8. If this is a class action under 28 U.S.C. § 1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.

**Not applicable.**

## CERTIFICATE

**The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and belief. The filer agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.**

Respectfully submitted,

*/s/ Joseph K. Merical*
Joseph K. Merical
Florida Bar No. 95663
Dinsmore & Shohl LLP
191 W. Nationwide Blvd., Suite 200
Columbus, Ohio 43215
Telephone: (614) 628-6880
Facsimile: (614) 628-6890
joseph.merical@dinsmore.com

and

Joseph N. Tucker
Florida Bar No. 938297
Dinsmore & Shohl LLP
101 South Fifth Street, Suite 2500
Louisville, KY 40202
Phone: (502) 540-2360
joseph.tucker@dinsmore.com

*Attorneys for Defendant*
*JNZ Insurance Services Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 13, 2026, a true and correct copy of this document was electronically filed with the Clerk of the Court by utilizing the ECF system, and sent via mail to the following:

David Tom
1058 Herne Ave
Palm Bay, Florida 32907
*Pro Se Plaintiff*

*/s/ Joseph K. Merical*
Joseph K. Merical
Florida Bar No. 95663
*Attorney for Defendant*
*JNZ Insurance Services Inc.*