**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DAVID TOM,

Plaintiff,

v. Case No.: 6:26-cv-02377-PGB-CAB

JNZ INSURANCE SERVICES INC., et al.,

Defendants.
_____________________________________/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07, I certify that the instant action IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Respectfully submitted,

*/s/ Joseph K. Merical*
Joseph K. Merical (Lead Counsel)
Florida Bar No. 95663
Dinsmore & Shohl LLP
191 W. Nationwide Blvd., Suite 200
Columbus, Ohio 43215
Telephone: (614) 628-6880
Facsimile: (614) 628-6890

joseph.merical@dinsmore.com

and

Joseph N. Tucker
Florida Bar No. 938297
Dinsmore & Shohl LLP
101 South Fifth Street, Suite 2500
Louisville, KY 40202
Phone: (502) 540-2360
joseph.tucker@dinsmore.com

*Attorneys for Defendant*
*JNZ Insurance Services Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 16, 2026, a true and correct copy of this document was sent via mail to the following:

David Tom
1058 Herne Ave
Palm Bay, Florida 32907
*Pro Se Plaintiff*

*/s/ Joseph K. Merical*
Joseph K. Merical
Florida Bar No. 95663
*Attorney for Defendant*
*JNZ Insurance Services Inc.*