**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DAVID TOM,**

**Plaintiff,**

**v.** **Case No.: 6:26-cv-02377-PGB-CAB**

**JNZ INSURANCE SERVICES INC., A FLORIDA LIMITED LIABILITY COMPANY; AND ALLSTATE INSURANCE COMPANY, A FOREIGN PROFIT COMPANY;**

**Defendants,**

______________________________

## ORDER TO SHOW CAUSE

This case is before the Court upon periodic review. Plaintiff and Defendant JNZ Insurance Services, Inc. have failed to comply with the Court's Order of October 15, 2026 directing counsel to file a Notice of Pendency of Other Actions and a Disclosure Statement.

Therefore, it is **ORDERED** that Plaintiff and Defendant JNZ Insurance Services, Inc. shall **SHOW CAUSE** and file a response to said Order within **fourteen (14)** days from the date of this Order. Failure to comply with this Order may result in dismissal of the case without further notice or other appropriate sanctions.

**DONE AND ORDERED** in Orlando, Florida on November 6, 2026.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties