**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DAVID TOM,

PLAINTIFF

V. CASE NO. 6:26-CV-02377-PGB-CAB

JNZ INSURANCE SERVICES INC.
A FLORIDA LIMITED LIABILITY COMPANY

AND

ALLSTATE INSURANCE COMPANY,
A FOREIGN PROFIT CORPORATION

DEFENDANT

---

## NOTICE OF A RELATED ACTION[1]

Under Local Rule 1.07(c), "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere." **But for removal cases, the parties need not identify the original state-court proceeding in this Notice.** Notwithstanding the instruction in the Uniform Case Management Report, a Notice of Related Action must be filed in all cases in the Orlando Division, even if no related action exists.

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel and

[1] When filing via CM/ECF, use the "Notice of a Related Action" event under Civil Events-Other Filings-Notices.

unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

I certify that the above-captioned case:

☐ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:
Click or tap here to enter text.
Click or tap here to enter text.

☒ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.
Click or tap here to enter text.
Click or tap here to enter text.

David Tom
Plaintiff Pro Se
1058 Herne Avenue
Palm Bay, FL 32907
david.m.tom@gmail.com
321-725-9212
10/27/2026