David Tom
1058 Herne Ave NE
Palm Bay, FL 32907

GEO
MDR
4Ø1
ORL

*Retail*

UNITED STATES POSTAL SERVICE

32801

RDC 99

0 Lb 1.40 Oz

U.S. POSTAGE PAID
FCM LG ENV
PALM BAY, FL 32907
OCT 27, 2026

**$1.98**

S2324K503588-5

RGE C YOUNG US COURT HOUSE
L CLERK
W. CENTRAL BLVD
ANDO, FL 32801